**JEFFREY S. EATON**
CLERK

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
DISTRICT OF VERMONT
FEDERAL BUILDING
**BURLINGTON, VERMONT 05402-0945**

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

July 18, 2025

RE:    *Zazzali v. VitalCore Health Strategies, LLC*
        Docket No. 2:24-cv-1015

Dear Counsel:

The stipulated discovery schedule required by Local Rule No. 26(a)(1) and (2) has not been filed in the above-cited action. Please be advised that pursuant to Local Rule 26(a)(2), if the discovery schedule is not filed within the proper deadline, the case will be set for a scheduling conference.

                                                            Sincerely,

                                                            ***Carl D. Crawford***
                                                            Case Administrator
                                                            (802) 951-6395 ext. 119