UNITED STATES DSCTRCT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| GEORGE ZAZZALI,<br><br>   *Plaintiff,*<br><br>v.<br><br>VITALCORE HEALTH STRATEGIES, LLC,<br><br>   *Defendant.* | Case No. 2:24-cv-1015-kjd |

## **STIPULATED DISCOVERY SCHEDULE/ORDER**

The parties submit the following Discovery Schedule pursuant to Local Rule 26(a)(3):

1. The parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before <u>August 15, 2025</u>

2. The parties shall serve all interrogatories and requests for production on or before <u>October 15, 2025</u>.

3. Depositions of all non-expert witnesses shall be completed by <u>November 15, 2025</u>.

4. Plaintiff shall submit expert witness reports on or before <u>December 15, 2025</u>. Depositions of plaintiff's expert witnesses shall be completed by <u>January 31, 2026</u>.

5. Defendant shall submit expert witness reports on or before <u>February 28, 2026</u>. Depositions of defendant's expert witnesses shall be completed by <u>April 9, 2026</u>.

6. The Parties have agreed to conduct the ENE between November 15, 2025 and December 15, 2025—after the completion of fact depositions but before expert discovery begins. The Parties have agreed that Attorney James Spink and Attorney

Michael Marks would be mutually acceptable neutrals, and are inquiring with their offices regarding availability during this period.

7. The parties shall serve all requests for admission on or before March 9, 2026.

8. All discovery shall be completed by April 9, 2026.

9. Motions for joinder of parties and amendments to the pleadings shall be filed on or before September 15, 2025.

10. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before May 9, 2026.

11. This case shall be ready for trial by July 9, 2026 or 45 days from summary judgment rulings.

Respectfully submitted this 24th day of July, 2025.

/s/ R. Scott Oswald
R. Scott Oswald (*Pro Hac Vice*)
Kellee Boulais Kruse (*Pro Hac Vice*)
Tae Hoon Yang (*Pro Hac Vice*)
The Employment Law Group, P.C.
888 17th Street, N.W., 9th floor
Washington, D.C. 20006
(202) 856-7802
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
kkruse@employmentlawgroup.com
tyang@employmentlawgroup.com

And

/s/ Wendy E. Radcliff
Wendy E. Radcliff
Langrock Sperry & Wool
111 S. Pleasant Street
Middlebury, VT 05753
wradcliff@langrock.com
Phone: 802-388-6356

*Counsel for Plaintiff George Zazzali*

GORDON REES SCULLY MANSUKHANI, LLP
By: /s/ Steven J. Zakrzewski
Steven J. Zakrzewski, Esq.
DVT #: 824869
szakrzewski@grsm.com
145 Pine Haven Shores Road, Suite 2999
Shelburne, Vermont 05482
*Counsel for Defendant VitalCore Health Strategies, LLC*

**APPROVED and SO ORDERED:**

_____
U.S. Magistrate Judge

Date: _____

**Local Form/Rule 26(a)(3)**