JEFFREY S. EATON
CLERK

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

July 30, 2025

Kellee B. Kruse, Esq.
Robert Scott Oswald, Esq.
Tae Hoon Yang, Esq.
The Employment Law Group
Suite 1110
1717 K Street NW
Washington, DC 20006

Steven J. Zakrzewski, Esq.
Gordon & Rees LLP
Suite 1700
One Financial Plaza, 755 Main Street
Hartford, CT 06103

Wendy E. Radcliff, Esq.
Langrock Sperry & Wool
111 South Pleasant Street
Middlebury, VT 05753

Re: *Zazzali v. VitalCore Health Strategies, LLC*
Docket No. 2:24-cv-1015

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

David L. Cleary, Esq., Rutland, Vermont
Gary L. Franklin, Esq.., Burlington, Vermont
John J. Zawistoski, Esq., Rutland, Vermont

The intention is that all parties strive to agree on one evaluator. If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C). Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4).

Regardless of the method, please note that you are required to file your selection with the Court by **August 18, 2025**.[2]

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Lisa Wright*
Acting ENE Administrator
(802) 951-8116

---

[1] A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.
[2] If selecting evaluator on Court roster, use CM/ECF event *ENE Documents – Evaluator Selection Response*.
If stipulating to evaluator under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents – ENE by Stipulation*.