UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| George Zazzali, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Civil Action No. 2:24-cv-01015 |
| VitalCore Health Strategies, LLC, | ) | |
| Defendant(s). | ) | |

# EVALUATOR'S REPORT

Please select one:

- [x] First Session Report
- [ ] Second Session Report
- [ ] Third Session Report
- [ ] Corrected/Revised Report
- [ ] Supplemental Report
- [ ] Other

James W. Spink, Esq., the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):**

| Date of session: | Start time: | Finish time: |
|---|---|---|
| 2/16/2026 | 9:30 am | 3:00 am |

**(j)(1)(B):**

| Names of attendees: | Role: | Settlement authority: (check only where applicable) |
|---|---|---|
| Dr. George Zazzali | Plaintiff | ✔ |
| Ben Considine, Esq. | for Plaintiff | |
| Steve Zakrzewski, Esq. | for Def | |
| Rachel Harris | for AXIS | ✔ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**(j)(1)(C):** **Substitute arrangements regarding attendance:**

______________________________

______________________________

**(j)(1)(D):** **Date parties' Evaluation Statements received by Evaluator:**

**Plaintiff(s):** **Date:** __________

**Defendant(s):** **Date:** __________

**(j)(1)(E):** **Oral presentations:**

______________________________

______________________________

**(j)(1)(F):** **Results of session:**

**(j)(1)(F)(i):** ☑ **Full settlement** ☐ **Partial settlement**

☐ **No settlement**

**(j)(1)(F)(ii):** **Stipulation to narrow the scope of dispute:** ☐ **N/A**

______________________________

______________________________

**(j)(1)(F)(iii):** **Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:** ☐ **N/A**

______________________________

______________________________

**Scheduling another ENE session:** ☐ **Yes** ☐ **No**

**Other comments** (please refer to L.R. 16.1(j)(2)):

______________________________

______________________________

______________________________

______________________________

Dated at Burlington, VT on this 20 day of February , 2026 .

James W. Spink

/s/ James W. Spink

Evaluator

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

George Zazzali, )
Plaintiff(s), )
v. ) Civil Action No. 2:24-cv-01015
VitalCore Health Strategies, LLC, )
Defendant(s). )

## CERTIFICATE OF SERVICE

I, James W. Spink, Esq., the Early Neutral Evaluator in the above-referenced matter, do hereby certify that on the 20 day of February, 2026, I served a copy of the foregoing Evaluator's Report on the parties as indicated below.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ✔ | CM/ECF | | ✔ | CM/ECF | | ✔ | CM/ECF |
| | | U.S. Mail | | | U.S. Mail | | | U.S. Mail |
| | | Hand | | | Hand | | | Hand |

Dated at Burlington, VT on this 20 day of February, 2026.

James W. Spink
/s/ James W. Spink
Evaluator